IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCKY LAMONT BROWN,

      Plaintiff,                    No. CIV S-07-1949-FCD-GGH P

    vs.

D.K. SISTO, et al.,

      Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file reply to the defendants' opposition to the motion to compel.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 2, 2008 request for an extension of time (Docket #21) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his reply.

DATED: 09/12/08

                                            /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:cm
brow1949.36