IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LAMONT BROWN,

       Plaintiff,              No. CIV S-07-1949 FCD GGH P

   vs.

D.K. SISTO, et al.,

       Defendants.       ORDER

_____/

       On October 16, 2008, plaintiff filed a motion to amend his complaint to add a new defendant.  IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file either a statement of non-opposition or opposition to plaintiff's October 16, 2008, motion to amend.

DATED: November 13, 2008

                     /s/ Gregory G. Hollows

                     UNITED STATES MAGISTRATE JUDGE

br1949.am

1