1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LAMONT BROWN,

      Plaintiff,                    No. CIV S-07-1949 FCD GGH P

  vs.

D.K. SISTO, et al.,

      Defendants.

_____/      ORDER

        On October 16, 2008, plaintiff filed a motion to amend his complaint to add a new defendant and a proposed amended complaint. On November 13, 2008, the court granted defendants twenty days to file either a statement of opposition or non-opposition to plaintiff's motion to amend. On November 26, 2008, defendants filed a statement of non-opposition on the condition that the court screen the amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Within twenty days of the date of this order, defendants shall file a response to the amended complaint. The court below orders service of newly named defendant Morales.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's October 16, 2008, motion to amend (no. 24) is granted; this action shall proceed on the amended complaint attached to the October 16, 2008, motion to amend;

2. Within twenty days of the date of this order, defendants Sisto, Traquina, Rallos and Hicks shall file a response to the amended complaint;

3. Service is appropriate for the following defendants: Morales.

4. The Clerk of the Court shall send plaintiff 1USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 16, 2008.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Two copies of the endorsed amended complaint filed October 16, 2008.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 10, 2008

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

br1949.ord

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LAMONT BROWN,

      Plaintiff,                      No. CIV S-07-1949 FCD GGH P

     vs.

D.K. SISTO, et al.,                  NOTICE OF SUBMISSION

      Defendants.                OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____    completed summons form

      ____    completed USM-285 forms

      ____    copies of the _____
                            Complaint/Amended Complaint

DATED:

_____

                                        Plaintiff