1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY LAMONT BROWN,

11            Plaintiff,                          No. CIV S-07-1949 FCD GGH P

12       vs.

13   D.K. SISTO, et al.,

14            Defendants.                    FINDINGS & RECOMMENDATIONS

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  Pending before the court is defendants' motion for summary judgment filed

18   July 24, 2009.  On August 4, 2009, defendants served plaintiff with the summary judgment

19   motion to his most current address.

20            Plaintiff has not filed an opposition to defendants' motion.  In the order directing

21   service filed February 6, 2009, the court stated that "[i]f plaintiff does not serve and file a written

22   opposition to the motion or a request to postpone consideration of defendants' motion, the court

23   may consider the failure to act as a waiver of opposition to defendant's motion."  See Local Rule

24   78-230 (m).  Defendants' notice of motion also directed plaintiff to Local Rule 78-230 for

25   information regarding summary judgment.

26   \\\\\

                                                   1

1    A district court may not grant a motion for summary judgment simply because the

2  nonmoving party does not file opposing material, even if the failure to oppose violates a local

3  rule.  Martinez v. Stanford, 323 F.3d 1178 (9th Cir. 2003); Brydges v. Lewis, 18  F.3d 651, 652

4  (9th Cir. March 9, 1994), citing Henry v. Gill Industries, Inc., 983 F.2d 943, 950 (9th Cir. 1993).

5  However, when the local rule does not require, but merely permits the court to grant a motion for

6  summary judgment, the district court has discretion to determine whether noncompliance should

7  be deemed consent to the motion.  Id.

8    In the instant case, plaintiff has been warned that his failure to oppose a motion

9  for summary judgment may be deemed a waiver of opposition to the motion.  Based on

10  plaintiff's failure to file an opposition, the court concludes that plaintiff has consented to

11  defendants' motion for summary judgment.  In the alternative, the court finds that defendants'

12  motion has merit.

13    Accordingly, IT IS HEREBY RECOMMENDED that defendants' July 24, 2009,

14  motion for summary judgment be granted.

15    These findings and recommendations are submitted to the United States District

16  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

17  days after being served with these findings and recommendations, any party may file written

18  objections with the court and serve a copy on all parties.  Such a document should be captioned

19  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

20  shall be served and filed within ten days after service of the objections.  The parties are advised

21  that failure to file objections within the specified time may waive the right to appeal the District

22  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

23  DATED:   September 15, 2009

24                                                      /s/ Gregory G. Hollows

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE
25  GGH:035
    brow1949.46

26

                                                  2